In the Matter of the Claim of JOHN STEVENS, Respondent, v. THOMPSON-STARRETT COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of JOSEPH HECHTENTHAL, Respondent, v. EISENBERG & HALBERSTADT and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. All concur, except Hinman, J., who dissents and votes for reversal, and remittal, on the ground that there is no competent proof that the dermatitis was due to the cut on the finger.

OVALENE YOUNG WOOD, Respondent, v. MYRON C. WOOD, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

FLORENCE WARNER, Appellant, v. MILTON J. WARNER, Respondent.— Order reversed, on the law and the facts, with ten dollars costs and disbursements, and motion granted allowing ten dollars per week alimony and one hundred and fifty dollars counsel fees; with ten dollars costs. All concur.

LEA MARIE SWAYZE, Respondent, v. FAYETTE S. HINMAN, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

FRANK M. NOONAN, Respondent, v. MAE E. LILLIE and Another, Appellants. MARIE T. NOONAN, Respondent, v. MAE E. LILLIE and Another, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements.

STEPHANOS GREGORY, as Administrator, etc., of EFIMIA GREGORY, Deceased, Respondent, v. MEMORIAL HOSPITAL, ALBANY, N. Y., Appellant.— Judgment unanimously affirmed, with costs.

AMELIA POBOL, an Infant, by OLGA POBOL, Her Guardian ad Litem, Respondent, v. DAVID CLARK, Appellant. OLGA POBOL, Respondent, v. DAVID CLARK, Appellant. MICHAEL POBOL, Respondent, v. DAVID CLARK, Appellant.— Orders unanimously affirmed, with costs in one action. The defendant may file stipulations increasing the verdicts in accordance therewith, within ten days after service of a copy of the order to be entered hereon with notice of entry.

CHARLES S. DOUGHTY, Respondent, v. HOWARD BRANDT, an Individual Doing Business under the Firm Name and Style of B. & B. TAXI COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

EARL F. KUNKER, Appellant, v. BERTHA W. KUNKER, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted, and question certified as follows: Under the state of facts disclosed in the record, was the court at Special Term without jurisdiction to modify the judgment of divorce as asked for in plaintiff's motion?

In the Matter of the Application of THE PENNSYLVANIA RAILROAD COMPANY, Petitioner, for a Certiorari Order against PUBLIC SERVICE COMMISSION and WILLIAM A. PRENDERGAST and Others, as Public Service Commissioners, Defendants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

DELBERT RUSSELL, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.